Eric L. Graves, Jeff Stone, Stone & Graves, Gold River, CA, for Defendant–Appellee.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

---

\* The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Carlotta L. Smith appeals pro se from the district court's Rule 52(c) judgment on partial findings in her Title VII action alleging unlawful retaliation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's factual findings for clear error. *Golden v. Local 55, of the Int'l Ass'n of Firefighters,* 633 F.2d 817, 820 (9th Cir.1980). We affirm.

Substantial evidence supports the district court's determination that Smith failed to prove that she was fired in retaliation for opposing race discrimination. *See id.* at 822.

Smith's remaining contentions are not persuasive.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Manuel de Jesus MIRANDA–LOPEZ, Defendant–Appellant.**

No. 08–10475.

Submitted Jan. 11, 2010.*

Filed Jan. 25, 2010.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Manuel De Jesus Miranda–Lopez, Tucson, AZ, pro se.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

## MEMORANDUM **

Manuel de Jesus Miranda–Lopez appeals from his guilty-plea conviction and 63–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Miranda–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

